IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| MARCUS HOUSE, | : | |
| Petitioner, | : | Case No.  3:05CV00209 |
| vs. | : | District Judge Thomas M. Rose<br>Magistrate Judge Sharon L. Ovington |
| MIAMI COUNTY JAIL, | : | |
| Respondent. | : | |

**ORDER**

The Court has reviewed *de novo* the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #3), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations.  The Court therefore **ORDERS** that:

1. The Report and Recommendations filed on June 14, 2005 (Doc. #3) is ADOPTED in full;

2. Petitioner Marcus House's Petition for a Writ of Habeas Corpus is DISMISSED without prejudice to refiling after he exhausts his state court remedies; and

3. The case is terminated on the docket of this Court.

July 5, 2005                               s/**THOMAS M. ROSE**

                                           _____
                                           Thomas M. Rose
                                           United States District Judge